Crim-Trial (2/5/2010)

HONORABLE: Jeffrey A. Meyer
DEPUTY CLERK: Donna Barry          RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: 0 hours 39 minutes   USPO: NA    INTERPRETER: NA
DATE: 11/04/22   START TIME: 11:49 A.M.   END TIME: 12:28 P.M.
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 3:21-cr-00092-JAM       Deft # 1

UNITED STATES OF AMERICA
vs
Anthony Harris

Conor M. Reardon, Nathaniel John Gentile
AUSA

Jonathan J. Einhorn
Defendant's Counsel

## CRIMINAL JURY SELECTION/CALENDAR CALL

- ☐ Deft _____ failed to appear. Bench Warrant to be issued.
- ☐ Call of the Calendar held ☐ Call of the Calendar over to _____
- ☒ ☒ Jury Selection held ☐ Jury Selection continued until _____
- ☐ Grand Jury Selection : GJ # ___ Foreperson: ___ Deputy FP ___
- ☐ # ___ Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ # ___ Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ # ___ Deft ___ motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ # ___ Govt's motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ # ___ Govt's motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Deft ___ Oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Deft ___ Oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ___ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ jurors present
- ☐ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☐ Voir Dire by Court
- ☒ Peremptory challenges exercised
- ☒ Jury of 12 and 2 alternates drawn ☐ and sworn ☐ Jury Trial commences
- ☒ Remaining jurors excused
- ☒ Trial continued until 11/07/22 at 8:30 A.M.
- ☒ COPY TO: JURY CLERK with juror lists